MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
SARA JELIC

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:10-mj-00210-MJS |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE |
| ) | FOR DEFENDANT SARA JELIC |
| vs. ) | ARRAIGNMENT; ORDER |
| ) | |
| SARA JELIC, ) | |
| ) | Date:  December 8, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Place: Yosemite Court |
| _____ ) | |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1.    The hearing on Defendant Sara Jelic's arraignment presently scheduled for December 20, 2010 at 12:30 pm, may be continued until January 4, 2010 at 10:00 a.m.  The reasons for this continuance is so that Defendant Sara Jelic's counsel, Michael E. Mitchell, can be present at his arraignment.  In addition, Defendant Sara Jelic's counsel, will be at Yosemite on January 4, 2010 at 10:00 a.m., for a status conference on an unrelated case.

Dated: December 6, 2010          /s/ Michael E. Mitchell_____
                                  Attorney for Defendant

Dated: December 6, 2010          /s/ Susan St. Vicent_____
                                  Legal Officer/National Park Service

**ORDER**

IT IS SO ORDERED.

Dated: December 15, 2010         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE