MICHAEL E. MITCHELL, #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
**A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**SARA JELIC**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SARA JELIC,<br><br>    Defendant. | Case No.: 6:10-mj-00210<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON<br><br>Date:  January 4, 2010<br>Time:  10:00 A.M.<br>Dept:  Yosemite Magistrate Court |

    Pursuant to F.R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial, and/or sentencing.

    Defendant hereby request that this Court proceed in his/her absence on every occasion that the Court may permit, pursuant to this waiver.  He/she agrees that his/her interests shall be

///

///

///

///

///

represented at all times by the presence of his/her attorney, Michael E. Mitchell, the same as if Defendant were personally present.

DATED: December 20, 2010 /s/ Sara Jelic
Defendant, SARA JELIC

DATED: December 20, 2010 /s/ Michael E. Mitchell
Michael E. Mitchell
Attorney for SARA JELIC

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

Dated: December 29, 2010 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE