MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:   (559) 222-2434

Attorney for Defendant:
SARA JELIC

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SARA JELIC,<br><br>　　　　Defendant. | Citation No.: 6:10-mj-00210<br><br>STIPULATION TO CONTINUE DATE FOR DEFENDANT SARA JELIC STATUS CONFERENCE;  ORDER<br><br>Date:  April 20, 2011<br>Time: 10:00 a.m.<br>Place: Yosemite Court |

　　　　The parties, by and through their undersigned attorneys, hereby stipulate as follows: The hearing on Defendant SARA JELIC'S Status Conference presently scheduled for April 06, 2011 at 10:00 a.m., may be continued until April 20, 2011 at 10:00 a.m.  The reason for this continuance is so that the matter may be continued till April 20, 2011 for entry of plea agreement and sentencing.  Defendant SARA JELIC excludes time under the Speedy Trial Act till April 20, 2011.

Dated: April 01, 2011　　　　　　 /s/ Michael E. Mitchell
　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: April 01, 2011　　　　　　 /s/ Susan St. Vicent
　　　　　　　　　　　　　　　　Legal Officer/National Park Service

**ORDER**

     There being no reason given why the matter should not proceed for entry of plea and sentencing on April 6, 2011, the Stipulation is rejected.  Counsel for the parties (and Defendant if a plea has been agreed to) shall appear at 10:00 AM April 6, 2011.

IT IS SO ORDERED.

Dated:   April 4, 2011                              /s/ *Michael J. Seng*
                                                                            UNITED STATES MAGISTRATE JUDGE